UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTOR DANIEL ESPINOZA,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br>ANNE CORSANO, et al.,<br><br>    Defendants. | NO. CV-08-0321-JLQ<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL** |

Upon the Plaintiff's Motion for Voluntary Dismissal with Prejudice (Ct. Rec. 15) of his Petition for Review of Denial of Application for Naturalization,

**IT IS HEREBY ORDERED:**

1. The Motion for Voluntary Dismissal (Ct. Rec. 15) is **GRANTED**; and

2. The Petition for Review of Denial of Application for Naturalization and request for De Novo Hearing (Ct. Rec. 1) is **DISMISSED** with prejudice.

The District Court Executive is directed to enter this Order, enter judgment as specified herein, forward copies to counsel, and close this file.

Dated June 18, 2009.

                s/ Justin L. Quackenbush
              JUSTIN L. QUACKENBUSH
      SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1