AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

VICTOR DANIEL ESPINOZA,

                Plaintiff,

      v.

ANNE CORSANO, et al.,

               Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-321-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Motion for Voluntary Dismissal (Ct. Rec. 15) is GRANTED; and the Petition for Review of Denial of Application for Naturalization and Request for De Novo Hearing (Ct. Rec. 1) is DISMISSED with prejudice.

    June 18, 2009                               JAMES R. LARSEN
*Date*                                                    *Clerk*

                                                                s/ Linda Emerson
                                                                 *(By) Deputy Clerk*

                                                                Linda Emerson